STATE of Missouri, Respondent,

v.

Kareem A. ABERNATHY, Appellant.

No. WD 48594.

Missouri Court of Appeals,
Western District.

Jan. 10, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and
LOWENSTEIN and ELLIS, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of assault of a law enforcement officer in the second degree and armed criminal action, and from consecutive prison terms totalling eight years.

Judgment affirmed.   Rule 30.25(b).